UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>JON RABY *Acting State Director*, BUREAU OF LAND MANAGEMENT, and DEPARTMENT OF THE INTERIOR *An agency of the United States*,<br><br>Defendants. | CV-18-55-BLG-SPW-TJC<br><br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1.      The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2.      Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and

recommendations for the disposition of all motions excepted from the Magistrate

Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.    The Clerk of Court is directed to forthwith notify the parties of the

making of this Order.

DATED this 5th day of July, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge