Kristine M. Akland
AKLAND LAW FIRM PLLC
PO Box 7274
Missoula, MT 59807
(406) 544-9863
aklandlawfirm@gmail.com

Thomas Woodbury
FOREST DEFENSE PC
618 Rollins St.
Missoula, MT 59807
(650) 238-8759
tom@wildlandsdefense.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL, and ALLIANCE FOR THE WILD ROCKIES,<br>    Plaintiffs,<br>vs.<br><br>JON RABY, Acting State Director, the BUREAU OF LAND MANAGEMENT, Department of the Interior, an agency of the United States.<br>    Defendants. | CV-18-55-SPW-TJC<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiffs respectfully move this Court for a temporary restraining order against implementation of "vegetation and riparian treatments" authorized by the Iron Mask Planning Area Environmental Assessment, Iron

Mask Decision Record and Finding of No Significant Impact and Decision Record for Vegetation and Riparian Treatments ("Project"). A temporary restraining order is necessary at this time because Project activities are currently ongoing and this Court has not yet had the opportunity to review the merits of the case. A temporary restraining order is warranted in this case because the public interest and balance of equities tip in Plaintiffs' favor, the Project activities are causing imminent and irreparable harm to Plaintiffs' interest, and Plaintiffs have raised serious questions on the merits. Defendants have been contact regarding this motion but have not yet expressed a position. Plaintiffs file a brief in support of this motion.

Respectfully submitted this 19th day of July, 2018.

/s/Kristine M. Akland
Kristine M. Akland
Akland Law Firm PLLC

Thomas Woodbury
Forest Defense PC

Attorneys for Plaintiffs