IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>JON RABY, Acting State Director, the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; and the DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CV 18-55-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction, seeking a 30-day extension in which to respond to the plaintiffs Native Ecosystem Council and Alliance for the Wild Rockies' (collectively, "Plaintiffs") Motion for Preliminary Injunction. (Docs. 9, 13.) The same day Defendants filed their motion, Plaintiffs filed a Motion for Temporary Restraining Order, which motion deals with many of the same issues raised in Plaintiffs' earlier Motion for Preliminary Injunction. (*See* Doc. 11.) Accordingly,

IT IS ORDERED that briefing on Plaintiffs' Motion for Preliminary Injunction is **STAYED** pending resolution of Plaintiffs' Motion for Temporary Restraining Order.

IT IS FURTHER ORDERED that Defendants' motion (Doc. 13) is **DENIED as moot**. The Court will establish a new briefing schedule for Plaintiffs' Motion for Preliminary Injunction upon issuance of an order on Plaintiffs' Motion for Temporary Restraining Order.

DATED this 23rd day of July, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge