IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>JON RABY, Acting State Director, the BUREAU OF LAND MANAGEMENT; and the DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CV 18-55-BLG-SPW-TJC<br><br>**ORDER** |

This matter is at issue and is exempt the preliminary pretrial conference requirement under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure and Local Rules 16.2 and 26.1. Accordingly,

IT IS ORDERED that lead trial counsel for the respective parties and any individual proceeding *pro se* shall meet and confer to consider a joint case management plan to be filed with the Court on or before **November 2, 2018**. If the parties are unable to agree on a joint case management plan, they shall each file separate case management plans on or before **November 2, 2018**, noting to which dates they could not agree and the reasons for their disagreement.

//

DATED this 12th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge