# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, and ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> DONATO JUDICE, Acting Associate State Director,[1] the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, an agency of the United States, <br><br> Defendants. | CV 18-55-BLG-SPW <br><br> ORDER |

Upon the Defendants' Motion for Reconsideration of Order (Doc. 76), and for good cause being shown,

IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration is GRANTED. Defendants have until **February 25, 2019** to file their reply brief in

---

[1] Substituted by operation of Rule 25(d) of the Federal Rules of Civil Procedure for the former Acting State Director, Jon Raby.

1

support of their cross motion for summary judgment.

DATED this 25th day of February 2019.

SUSAN P. WATTERS
United States District Judge