UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>vs.<br><br>DONATO JUDICE, Acting Associate State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, an agency of the United States,<br><br>Defendants. | Case No. CV-18-55-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**ORDERED** that the Court GRANTS in part and DENIES in part Plaintiffs' motion for summary judgment (Doc. 46), and GRANTS in part and DENIES in part BLM's cross motion for summary judgment (Doc. 59).

**FURTHER ORDERED** that this matter is REMANDED to BLM so that it may prepare a supplemental environmental assessment consistent with this order and the law.

Dated this 12th Day of March, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A.Carrillo
Deputy Clerk