Kristine M. Akland
AKLAND LAW FIRM PLLC
PO Box 7274
Missoula, MT 59807
(406) 544-9863
aklandlawfirm@gmail.com

Thomas Woodbury
FOREST DEFENSE PC
618 Rollins St.
Missoula, MT 59807
(650) 238-8759
tom@wildlandsdefense.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL, and ALLIANCE FOR THE WILD ROCKIES,<br>        Plaintiffs,<br>vs.<br><br>JON RABY, Acting State Director, the BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, an agency of the United States.<br>        Defendants. | CV-18-55-SPW-TJC<br><br>**MOTION FOR ATTORNEY FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Plaintiffs Native Ecosystem Council and Alliance for the Wild

Rockies files this motion for attorney fees and other costs pursuant to the

Federal Rules of Civil Procedure Rule 54(d) and the Equal Access to Justice

1

Act (EAJA) fee provision. 28 U.S.C. §2412. Plaintiffs motion should be granted because they are the "prevailing party," the Defendants' position was not substantially justified, and no special circumstances exists to make an award unjust. 28 U.S.C. §2412(d)(1)(A). Additionally, Plaintiffs requested rates and hours are reasonable.

Plaintiffs respectfully requests this Court award $126,480.00 in attorney fees, $578.00 in expert witness fees, and $1,448.01 in taxable and nontaxable costs. Plaintiffs submit a brief in support of this motion.

Defendants have been contact regarding this motion and state that they oppose.

Dated this 8th day of April, 2019.

                                                          */s/Kristine M. Akland*
                                                          Kristine M. Akland
                                                          AKLAND LAW FIRM PLLC

                                                          Thomas Woodbury
                                                          FOREST DEFENSE PC

                                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that Defendants' counsel, Dean K. Dunsmore, has filed a notice of appearance in this case and therefore will be served via ECF.

/s/ Kristine M. Akland
Kristine M. Akland
AKLAND LAW FIRM, PLLC

Attorney for Plaintiffs